# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**ROBERT W. JOHNSON,**

    **Plaintiff,**

    v.

**NIMSY GARCIA,**

    **Defendant.**

Case No. 25-2147-JAR-TJJ

## ORDER ADOPTING REPORT AND RECOMMENDATION

Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Teresa J. James, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts as its own the recommended decision to dismiss this case without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

**IT IS THEREFORE ORDERED BY THE COURT** that this case is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: April 17, 2025

                                                               S/ Julie A. Robinson
                                                               JULIE A. ROBINSON
                                                               UNITED STATES DISTRICT JUDGE